**Philip C.H. PENG, Plaintiff–Appellant,**

v.

**CITY OF MONTEBELLO, Defendant–Appellee.**

No. 06–55236.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 27, 2007.

Philip C.H. Peng, Philips Ranch, CA, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Debra L. Bray, Esq., Liebert Cassidy Whitmore, Los Angeles, CA, for Defendant–Appellee.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Philip C.H. Peng appeals pro se from the district court's order dismissing his action alleging the City of Montebello refused to hire him as a public works inspector because of his age. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal on res judicata grounds, *Maldonado v. Harris*, 370 F.3d 945, 949 (9th Cir.2004), and we affirm.

The district court properly dismissed Peng's action because he previously brought a state court action against the City of Montebello, which was based on the same set of facts, and the City prevailed on the merits. *See Palomar Mobilehome Park Assoc. v. City of San Marcos*, 989 F.2d 362, 364 (9th Cir.1993) ("In California, a judgment entered after the sustaining of a general demurrer is a judgment on the merits, and, to the extent that it adjudicates that the facts alleged do not establish a cause of action, it will bar a second action on the same facts.").

The district court did not abuse its discretion by denying Peng's motion for default judgment, *see Draper v. Coombs*, 792 F.2d 915, 924–25 (9th Cir.1986), or by refusing to disqualify Judge Manella, *see*

*United States v. Martin*, 278 F.3d 988, 1005 (9th Cir.2002).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

